No. 95–5581. LeBlanc v. United States. C. A. 5th Cir. Certiorari denied.

No. 95–5583. Marchant v. United States. C. A. 10th Cir. Certiorari denied.

No. 95–5588. Sanchez-Montoya v. United States. C. A. 9th Cir. Certiorari denied.

No. 95–5593. Murdock v. United States. C. A. 8th Cir. Certiorari denied.

No. 95–5596. Krese v. United States. C. A. 6th Cir. Certiorari denied.

No. 95–5597. Murray v. United States. C. A. 9th Cir. Certiorari denied.

No. 95–5598. McKinney v. United States; and
No. 95–5630. Wade v. United States. C. A. 5th Cir. Certiorari denied.

No. 95–5599. Lueth v. United States. C. A. 8th Cir. Certiorari denied.

No. 95–5608. Danielson v. United States. C. A. 9th Cir. Certiorari denied.

No. 95–5609. Baloney v. United States. C. A. 11th Cir. Certiorari denied.

No. 95–5610. Flowers et al. v. United States. C. A. 6th Cir. Certiorari denied.

No. 95–5618. Johnson v. Shalala, Secretary of Health and Human Services, et al. C. A. 11th Cir. Certiorari denied.

No. 95–5620. Izard, aka Lewis v. United States. C. A. 11th Cir. Certiorari denied.

No. 95–5621. Rojo v. United States. C. A. 5th Cir. Certiorari denied.

No. 95–5622. Walking Eagle v. United States. C. A. 9th Cir. Certiorari denied.